149 A.3d 293

IN THE MATTER OF TOWNSHIP OF BRIDGEWATER, PETITIONER-PETITIONER, AND PBA LOCAL 174, RESPONDENT-RESPONDENT.

Filed August 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2477-13 and A-107-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.